KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
    kennethpayson@dwt.com
ASHLEY L. WATKINS (*Admitted Pro Hac Vice*)
    ashleywatkins@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Tel:  (206) 622-3150
Fax: (206) 757-7700

SEAN M. SULLIVAN (State Bar No. 229104)
    seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Tel:  (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant and Counter-Plaintiff
APRIA HEALTHCARE LLC f/k/a
APRIA HEALTHCARE, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> APRIA HEALTHCARE, INC. and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. <br> ———————————————— <br> APRIA HEALTHCARE, INC. <br><br> Counter-Plaintiff <br><br> vs. <br><br> CARRIE COUSER, an individual, on behalf of all others similarly situated <br><br> Counter-Defendants <br> ———————————————— | Case No. **SACV13-00035-JVS (RNBx)** <br> [Assigned to Hon. James V. Selna] <br><br> **STIPULATION STAYING CASE** <br><br> Action filed:  January 9, 2013 |

Plaintiff and counter-defendant Carrie Couser and Defendant and counter-plaintiff Apria Healthcare LLC, f/k/a Apria Healthcare, Inc., by and through their counsel, stipulate to the following and request that the Court vacate the class certification hearing currently scheduled for January 27, 2014, at 1:30 p.m. and stay this matter for thirty days from today's date to allow the parties an opportunity to continue their settlement discussions.  The parties jointly request that the Court enter the accompanying Order approving this Stipulation.  In support, the parties represent the following to the Court:

1.      On April 22, 2013, the parties submitted a Joint Discovery Report pursuant to Rule 26(f), including a proposed briefing schedule on plaintiff's motion for class certification and their joint request that the Court set a hearing on the motion thereafter.  [Dkt. 17 at 5:12-24].  Following the scheduling conference on April 29, 2013, the Court issued a Minute Order setting the hearing date on plaintiff's class certification motion for January 27, 2014, at 1:30 p.m.  [Dkt. 20].

2.      Since then, the parties have worked diligently to move this matter forward, engaging in discovery and preparation for class certification.  Among other things, the parties disclosed potential witnesses, propounded written discovery requests, and served depositions notices.  Some of the responses to written discovery and the scheduling of depositions remain outstanding.

3.      The parties have recently begun discussing the possibility of settlement.

4.      In the interest of avoiding expense to the parties and conserving the Court's resources, the parties agree to stay the case for thirty days from today's date and suspend all discovery and related deadlines, including vacating the January 27, 2014, hearing on plaintiff's class certification motion, while the parties explore the possibility of settlement, subject to the following conditions:

a.      Upon three court days' notice to the other party, either party may declare that settlement negotiations are no longer fruitful and that the party wishes to resume litigation.

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

b.      The parties will undertake reasonable efforts to complete the pending depositions (i.e., the depositions of Apria's 30(b)(6) designee(s) and Ms. Couser) within four weeks of the notice in subparagraph (a) above.

c.      Plaintiff will file her class certification motion within two weeks of conducting the 30(b)(6) deposition.

d.      Apria's response to the motion will be due four weeks after the later of the filing of the class certification motion or plaintiff's deposition.

e.      Plaintiff's reply to Apria's response will be due two weeks after Apria files its response to the motion.

f.      If a party provides the notice in subparagraph (a) above, the parties will jointly provide notice to the Court that the settlement efforts were unsuccessful and ask the Court to set a class certification hearing at the Court's convenience after the agreed briefing schedule is complete.

5.      Based on the foregoing, the parties request that the Court enter the accompanying Order staying this matter for thirty days from today's date and suspending all discovery and related deadlines, including vacating the January 27, 2014, hearing on plaintiff's class certification motion, to be reset at the Court's convenience after the agreed briefing schedule if the parties' settlement efforts fail.

///
///
///
///
///
///
///
///
///
///

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6.     All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.


Stipulated and respectfully submitted this 17th day of December, 2013.


LAW OFFICES OF TODD M. FREIDMAN, P.C.
TODD M. FREIDMAN
NICHOLAS J. BONTRAGER

By:_____/s/ Todd M. Friedman_____
        Todd M. Friedman
        Attorneys for Plaintiff
        CARRIE COUSER


DAVIS WRIGHT TREMAINE LLP
KENNETH E. PAYSON
SEAN M. SULLIVAN
ASHLEY L. WATKINS

By:_____/s/ Sean M. Sullivan_____
        Sean M. Sullivan
        Attorneys for Defendant
        APRIA HEALTHCARE LLC f/k/a
        APRIA HEALTHCARE, INC.

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899