1  KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
      kennethpayson@dwt.com
2  ASHLEY L. WATKINS (*Admitted Pro Hac Vice*)
      ashleywatkins@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   1201 Third Avenue, Suite 2200
4  Seattle, Washington  98101-3045
   Tel:  (206) 622-3150
5  Fax: (206) 757-7700

6  SEAN M. SULLIVAN (State Bar No. 229104)
      seansullivan@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa Street, Suite 2400
8  Los Angeles, California  90017-2566
   Tel:  (213) 633-6800
9  Fax: (213) 633-6899

10 Attorneys for Defendant and Counter-Plaintiff
   APRIA HEALTHCARE LLC f/k/a
11 APRIA HEALTHCARE, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE COUSER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> APRIA HEALTHCARE, INC. and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. <br><br>——————————————— <br> APRIA HEALTHCARE, INC. <br><br> Counter-Plaintiff <br><br> vs. <br><br> CARRIE COUSER, an individual, on behalf of all others similarly situated <br><br> Counter-Defendants | Case No. **SACV13-00035-JVS (RNBx)** <br> [Assigned to Hon. James V. Selna] <br><br> **JOINT STATUS REPORT AND STIPULATION CONTINUING STAYING CASE** <br><br> Action filed:  January 9, 2013 |

Pursuant to the Court's January 9, 2013, Order Staying Case [Dkt. 34], Plaintiff and Counter-Defendant Carrie Couser and Defendant and Counter-Plaintiff Apria Healthcare LLC, f/k/a Apria Healthcare, Inc., by and through their counsel, provide this Joint Status Report, stipulate to the following, and respectfully request that the Court continue to stay this matter until after the parties complete private mediation. The parties jointly request that the Court enter the accompanying Proposed Order approving this Stipulation. In support, the parties represent the following to the Court:

1. On December 17, 2013, the parties jointly filed a stipulation asking the Court to stay the case while the parties discussed the possibility of settlement. [Dkt. 33].

2. That same day, the Court entered an Order staying this matter until March 3, 2014, and directed the parties to submit a Joint Status Report within ten days after expiration of the stay proposing how this matter will proceed. [Dkt. 34].

3. Since then, the parties have worked diligently to resolve the case and have scheduled a private mediation to take place May 27, 2014, with the assistance of The Honorable Edward Infante (ret.), former Chief United States Magistrate Judge of the Northern District of California. In an effort to conserve resources and to allow the parties to continue to focus their efforts on settlement, the parties agree (subject to Court approval) to continue to stay the case.

4. Based on the foregoing, the parties respectfully request that the Court enter the accompanying Proposed Order below, continuing the stay for sixty (60) days following completion of the mediation, a sufficient period of time to allow the parties to participate in mediation, determine if this matter can be settled, and document any settlement.

5. The parties further agree to report to the Court promptly if (a) the mediation does not occur as scheduled or (b) the parties conclude that the mediation will not result in resolution of the case.

1

JSR & STIPULATION CONTINUING STAYING CASE
DWT 23712903v2 0025959-000028

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6. All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Stipulated and respectfully submitted this 13th day of March, 2014.

      KAZEROUNI LAW GROUP, APC
      ABBAS KAZEROUNIAN

      By:    /s/ Abbas Kazerounian
            Abbas Kazerounian
            Of Attorneys for Plaintiff
            CARRIE COUSER

      DAVIS WRIGHT TREMAINE LLP
      KENNETH E. PAYSON
      SEAN M. SULLIVAN
      ASHLEY L. WATKINS

      By:    /s/ Sean M. Sullivan
            Sean M. Sullivan
            Attorneys for Defendant
            APRIA HEALTHCARE LLC f/k/a
            APRIA HEALTHCARE, INC.

2

JSR & STIPULATION CONTINUING STAYING CASE
DWT 23712903v2 0025959-000028

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899