| | |
|---|---|
| 1 | KENNETH E. PAYSON (*Admitted Pro Hac Vice*) |
| | kennethpayson@dwt.com |
| 2 | ASHLEY L. WATKINS (*Admitted Pro Hac Vice*) |
| | ashleywatkins@dwt.com |
| 3 | DAVIS WRIGHT TREMAINE LLP |
| | 1201 Third Avenue, Suite 2200 |
| 4 | Seattle, Washington  98101-3045 |
| | Tel:  (206) 622-3150 |
| 5 | Fax: (206) 757-7700 |
| 6 | SEAN M. SULLIVAN (State Bar No. 229104) |
| | seansullivan@dwt.com |
| 7 | DAVIS WRIGHT TREMAINE LLP |
| | 865 S. Figueroa Street, Suite 2400 |
| 8 | Los Angeles, California  90017-2566 |
| | Tel:  (213) 633-6800 |
| 9 | Fax: (213) 633-6899 |
| 10 | Attorneys for Defendant and Counter-Plaintiff |
| | APRIA HEALTHCARE LLC f/k/a |
| 11 | APRIA HEALTHCARE, INC. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, on behalf of herself and all others similarly situated, | Case No. **SACV13-00035-JVS (RNBx)** |
| | [Assigned to Hon. James V. Selna] |
| Plaintiff, | |
| vs. | **ORDER CONTINUING STAYING CASE** |
| APRIA HEALTHCARE, INC. and DOES 1 through 10, inclusive, and each of them, | Action filed:  January 9, 2013 |
| Defendant. | |
| APRIA HEALTHCARE, INC. | |
| Counter-Plaintiff | |
| vs. | |
| CARRIE COUSER, an individual, on behalf of all others similarly situated | |
| Counter-Defendants | |

Having considered the parties' Joint Status Report and Stipulation Continuing Staying Case, and good cause appearing therefore, the Court hereby adopts the parties' Joint Status Report and Stipulation Continuing Staying Case as the Order of the Court in this matter. This action is stayed until July 28, 2014, including all discovery and related deadlines. The parties shall promptly notify the Court if (a) they reach a settlement, (b) the mediation described in the Joint Status Report and Stipulation Continuing Staying Case does not occur as scheduled, or (c) the parties conclude that the mediation will not result in resolution of the case.

Within ten days after expiration of the stay set forth above, the parties shall submit a revised Joint Status Report proposing how this matter will proceed.

IT IS SO ORDERED.

DATED: March 14, 2014  _____
Hon. James V. Selna
United States District Judge

1

ORDER CONTINUING STAY
DWT 23718715v1 0025959-000028

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899