KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
  kennethpayson@dwt.com
ASHLEY L. WATKINS (*Admitted Pro Hac Vice*)
  ashleywatkins@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Tel:  (206) 622-3150
Fax: (206) 757-7700

SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Tel:  (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant and Counter-Plaintiff
APRIA HEALTHCARE LLC f/k/a
APRIA HEALTHCARE, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> APRIA HEALTHCARE, INC. and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. <br><br> APRIA HEALTHCARE, INC. <br><br> Counter-Plaintiff <br><br> vs. <br><br> CARRIE COUSER, an individual, on behalf of all others similarly situated <br><br> Counter-Defendants | Case No. **SACV13-00035-JVS (RNBx)** <br> [Assigned to Hon. James V. Selna] <br><br> **JOINT STATUS REPORT AND STIPULATION CONTINUING STAYING CASE** <br><br> Action filed:  January 9, 2013 |

Pursuant to the Court's March 14, 2014, Order Staying Case [Dkt. 36], Plaintiff and Counter-Defendant Carrie Couser and Defendant and Counter-Plaintiff Apria Healthcare LLC, f/k/a Apria Healthcare, Inc., by and through their counsel, provide this Joint Status Report, stipulate to the following, and respectfully request that the Court continue to stay this matter to allow time for the parties to complete the process of documenting their proposed settlement and to submit papers to the Court for preliminary approval.  The parties jointly request that the Court enter the accompanying Proposed Order approving this Stipulation.

In support of this request, the parties represent the following to the Court:

1.  On June 10, 2014, the parties filed a Joint Status Report [Dkt. 39] to advise the Court they (i) had participated in a mediation under the auspices of The Honorable Edward Infante (ret.); former Chief United States Magistrate Judge for the Northern District of California, (ii) had reached an agreement in principle to resolve this case on a class-wide basis in its entirety, subject to the Court's approval; and (iii) believed they could complete the process of documenting the settlement and submit papers to the Court for preliminary approval prior to the expiration of the current stay on July 28, 2014.

2.  Since filing their last Joint Status Report, the parties have worked diligently to finalize documentation of settlement terms, as well as papers requesting preliminary approval.  Documentation of the settlement terms is largely complete, but the parties require additional time to (i) prepare proposed preliminary and final settlement approval orders, class notices, and claim form; (ii) finalize selection of the settlement administrator; (iii) obtain approval of the settlement papers by the named plaintiff and authorized representatives of defendant; and (iv) finalize the preliminary approval motion and supporting papers.

3.  Based on the foregoing, the parties jointly ask the Court to continue to stay the case until August 28, 2014.

1

JSR & STIPULATION CONTINUING STAYING CASE
DWT 24520952v1 0025959-000028

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

4. All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Stipulated and respectfully submitted this 28th day of July, 2014.

KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN

By: /s/ Abbas Kazerounian
    Abbas Kazerounian
    Of Attorneys for Plaintiff
    CARRIE COUSER

DAVIS WRIGHT TREMAINE LLP
KENNETH E. PAYSON
SEAN M. SULLIVAN
ASHLEY L. WATKINS

By: /s/ Sean M. Sullivan
    Sean M. Sullivan
    Attorneys for Defendant
    APRIA HEALTHCARE LLC f/k/a
    APRIA HEALTHCARE, INC.

2
JSR & STIPULATION CONTINUING STAYING CASE
DWT 24520952v1 0025959-000028

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899