KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
  kennethpayson@dwt.com
ASHLEY L. WATKINS (*Admitted Pro Hac Vice*)
  ashleywatkins@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Tel:  (206) 622-3150
Fax: (206) 757-7700

SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Tel:  (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant and Counter-Plaintiff
APRIA HEALTHCARE LLC f/k/a
APRIA HEALTHCARE, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, on behalf of herself and all others similarly situated, | Case No. **SACV13-00035-JVS (RNBx)** [Assigned to Hon. James V. Selna] |
| Plaintiff, | |
| vs. | **ORDER CONTINUING STAYING CASE** |
| APRIA HEALTHCARE, INC. and DOES 1 through 10, inclusive, and each of them, | Action filed:  January 9, 2013 |
| Defendant. | |
| APRIA HEALTHCARE, INC. | |
| Counter-Plaintiff | |
| vs. | |
| CARRIE COUSER, an individual, on behalf of all others similarly situated | |
| Counter-Defendants | |

1 | Having considered the parties' Joint Status Report and Stipulation Continuing Staying Case, and good cause appearing therefore, the Court hereby adopts the parties' Joint Status Report and Stipulation Continuing Staying Case as the Order of the Court in this matter.  This action is stayed until August 28, 2014, including all discovery and related deadlines.

Within ten days after expiration of the stay set forth above, the parties shall either file a motion for preliminary approval of their proposed settlement or submit a revised Joint Status Report proposing how this matter will proceed.

IT IS SO ORDERED.

DATED:  July 28, 2014

_____
Hon. James V. Selna
United States District Judge

ORDER CONTINUING STAY
DWT 24521460v1 0025959-000028

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899