1  KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
      kennethpayson@dwt.com
2  ASHLEY L. WATKINS (*Admitted Pro Hac Vice*)
      ashleywatkins@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   1201 Third Avenue, Suite 2200
4  Seattle, Washington  98101-3045
   Tel:  (206) 622-3150
5  Fax: (206) 757-7700

6  SEAN M. SULLIVAN (State Bar No. 229104)
      seansullivan@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa Street, Suite 2400
8  Los Angeles, California  90017-2566
   Tel:  (213) 633-6800
9  Fax: (213) 633-6899

10 Attorneys for Defendant and Counter-Plaintiff
   APRIA HEALTHCARE LLC f/k/a
11 APRIA HEALTHCARE, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, on behalf of herself and all others similarly situated, | Case No. **SACV13-00035-JVS (RNBx)** [Assigned to Hon. James V. Selna] |
| Plaintiff, | |
| vs. | **ORDER CONTINUING STAYING CASE** |
| APRIA HEALTHCARE, INC. and DOES 1 through 10, inclusive, and each of them, | Action filed:  January 9, 2013 |
| Defendant. | |
| APRIA HEALTHCARE, INC. | |
| Counter-Plaintiff | |
| vs. | |
| CARRIE COUSER, an individual, on behalf of all others similarly situated | |
| Counter-Defendants | |

1  Having considered the parties' Joint Status Report and Stipulation Continuing Staying Case, and good cause appearing therefore, the Court hereby adopts the parties' Joint Status Report and Stipulation Continuing Staying Case as the Order of the Court in this matter.  This action is stayed until September 19, 2014, including all discovery and related deadlines.

Within ten days after expiration of the stay set forth above, the parties shall either file a motion for preliminary approval of their proposed settlement or submit a revised Joint Status Report proposing how this matter will proceed.

IT IS SO ORDERED.

DATED:  September 05, 2014        _____
  Hon. James V. Selna
  United States District Judge

ORDER CONTINUING STAY
DWT 24762719v1 0025959-000028

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899