**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Carrie Couser

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARRIE COUSER; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**APRIA HEALTHCARE, INC.,**<br><br>Defendant. | **Case No.:** SACV 13-35 JVS (RNBx)<br><br>**NOTICE RE: UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** October 27, 2014<br>**TIME:** 1:30 p.m.<br>**COURTROOM:** 10C<br><br>**HON. JAMES V. SELNA** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **October 27, 2014** at **1:30 p.m.** or as soon thereafter as the matter may be heard in **Courtroom 10C** of the above captioned Court located at 411 West Fourth Street, Santa Ana, CA 92701-4516, Plaintiff CARRIE COUSER ("Couser") and Defendant APRIA HEALTHCARE, INC. ("Apria") hereby jointly move the Court pursuant to Federal Rule of Civil Procedure 23 for preliminary approval of the Parties' Class Action Settlement. Specifically, through this Motion, the Parties move jointly for certification of a settlement class; appointment of class counsel and class representatives; preliminary approval of the Parties' proposed settlement; and, approval of the Parties' proposed plan to provide notice to the class. This Motion is made on the following grounds:

1. The proposed Class satisfies the requirements of Rule 23 for conditional certification for settlement purposes only;
2. The proposed settlement is the product of non-collusive negotiations and is fundamentally fair, reasonable and adequate; and hence, warrants preliminary approval.

This Motion is based on the accompanying Memorandum of Points and Authorities, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Dated: September 29, 2014                    Respectfully submitted,

                                             **KAZEROUNI LAW GROUP, APC**


                                             By: ___/s/ Abbas Kazerounian___
                                                  ABBAS KAZEROUNIAN, ESQ.
                                             ATTORNEY FOR PLAINTIFF, CARRIE COUSER

---

**NOTICE RE: UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**                                              PAGE 1 OF 1