**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Carrie Couser

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>**APRIA HEALTHCARE, INC.,**<br><br>Defendant. | **Case No.:** SACV 13-35 JVS (RNBx)<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT**<br><br>**DATE:** March 9, 2015<br>**TIME:** 1:30 p.m.<br>**COURTROOM:** 10C<br><br>**HON. JAMES V. SELNA** |

///
///
///
///

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **March 9, 2015**, at **1:30 p.m.**, before the United States District Court, Central District of California, Courtroom **10C**, located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiff CARRIE COUSER ("Plaintiff") will move this Court for an Order Granting Approval of Plaintiff's Attorneys' Fees, Costs Request, and Incentive Award.

This unopposed Motion is based upon this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, the Declaration of Plaintiff's counsel and Plaintiff Hoffman, and on such other evidence as may be presented at the hearing of this Motion.

Date: November 26, 2014                                                  Respectfully submitted,


                                                                **KAZEROUNI LAW GROUP, APC**


                                                                By:\_\_\_/s/ Abbas Kazerounian\_\_\_
                                                                ABBAS KAZEROUNIAN, ESQ.
                                                                ATTORNEY FOR PLAINTIFF, CARRIE COUSER

---

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT                                                                                     PAGE 1 OF 1