**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Carrie Couser

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>APRIA HEALTHCARE, INC.,<br><br>Defendant. | Case No.: SACV 13-35 JVS (RNBx)<br><br>**NOTICE RE: UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE: March 9, 2015<br>TIME: 1:30 p.m.<br>COURTROOM: 10C<br><br>**HON. JAMES V. SELNA** |

///
///
///
///

**NOTICE RE: UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **March 9, 2015** at **1:30 p.m.** or as soon thereafter as the matter may be heard in **Courtroom 10C** of the above captioned Court located at **411 West Fourth Street, Santa Ana, CA 92701**, Plaintiff CARRIE COUSER ("Plaintiff") hereby moves the Court pursuant to Federal Rule of Civil Procedure 23 for final approval of the Parties' Class Action Settlement.

This Motion is based on the accompanying Memorandum of Points and Authorities, the declarations filed concurrently herewith, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Dated: February 17, 2015                             Respectfully submitted,

                                                    **KAZEROUNI LAW GROUP, APC**

                                                    By: ___/s/ Abbas Kazerounian___
                                                        ABBAS KAZEROUNIAN, ESQ.
                                                        ATTORNEY FOR PLAINTIFF