KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
  kennethpayson@dwt.com
ASHLEY L. WATKINS (*Admitted Pro Hac Vice*)
  ashleywatkins@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Tel:  (206) 622-3150
Fax: (206) 757-7700

SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Tel:  (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant and Counter-Plaintiff
APRIA HEALTHCARE LLC f/k/a
APRIA HEALTHCARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APRIA HEALTHCARE, INC. and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant.<br><hr>APRIA HEALTHCARE, INC.<br><br>Counter-Plaintiff<br><br>vs.<br><br>CARRIE COUSER, an individual, on behalf of all others similarly situated<br><br>Counter-Defendants | Case No. **SACV13-00035-JVS (RNBx)**<br>[Assigned to Hon. James V. Selna]<br><br>**APRIA HEALTHCARE LLC'S REPORT VERIFYING COMPLIANCE WITH SETTLEMENT AGREEMENT**<br><br>Action filed:  January 9, 2013 |

Pursuant to Paragraph 3.07 of the Settlement Agreement, Apria Healthcare LLC ("Apria")[1] respectfully submits this Report Verifying Compliance with Settlement Agreement. In support of this Report, Apria contemporaneously submits (i) the Declaration of Robert Jindra ("Jindra Decl."); (ii) the Declaration of Brad Johnson ("Johnson Decl."); and the Declaration of Kenneth E. Payson ("Payson Decl.").

## SETTLEMENT DISTRIBUTION

The settlement administrator, Garden City Group ("GCG"), received a total of 247 timely claims from potential Class Members, which it provided to Apria on or around March 17, 2015. Jindra Decl. ¶ 2. Apria compared the claim information to Apria's records to verify claimants' claimed entitlement to relief, such as whether or not they had been an Apria patient or had provided written consent to receive calls from Apria. Johnson Decl. ¶ 2. Apria determined that most of the claims did not meet the eligibility criteria, with only four claimants entitled to relief under the Settlement. *Id.* ¶ 3. On or around June 24, 2015, Apria's counsel provided Class Counsel with a list of approved and disapproved claims and the reasons for the allowance or disallowance based on Apria's records. Payson Decl. ¶ 2. On or about June 26, 2015, Class Counsel asked for a random sample of claim forms so they could perform further investigation to confirm the accuracy of Apria's claim determinations. *Id.* ¶ 3. That same day, GCG provided Class Counsel with the requested sample. Jindra Decl. ¶ 3. Class Counsel did not object to the claim determinations. Payson Decl. ¶ 4.

On or before July 13, 2015, GCG mailed settlement checks totaling $200 to the four Eligible Claimants, together with a notification that the checks represented

---

[1] As the result of a conversion from a Delaware corporation under Section 18.214 of the Delaware Limited Liability Company Act, Apria Healthcare LLC, a Delaware limited liability company, is the same entity as the Delaware corporation previously called Apria Healthcare, Inc.

SETTLEMENT COMPLIANCE REPORT        1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 28104707v1 0025959-000028

their payment under the Agreement. Jindra Decl. ¶ 4. On or before July 13, 2015, GCG also sent postcards to claimants whose claims were deemed ineligible, notifying them that their claims had been disallowed, together with a brief statement of the reasons why. *Id.* ¶ 5.

## PAYMENT OF ATTORNEYS' FEES, COSTS, EXPENSES, AND REPRESENTATIVE PLAINTIFF SERVICE AWARD

Apria caused payment to Class Counsel of the Court-approved attorneys' fees, costs, expenses, and the Representative Plaintiff service award. Specifically, Apria provided to GCG, which in turn provided to Class Counsel, payment in the amount of $200,000 on or before May 13, 2015. Johnson Decl. ¶ 4; Jindra Decl. ¶ 6.

## DEBT FORGIVENESS

Apria has paid GCG $42,146.82 for settlement notice and administration fees and expenses. Jindra Decl. ¶ 7. As described above, GCG sent settlement payments totaling $200 to Eligible Claimants. Also as described above, Apria paid $200,000 to Class counsel for attorneys' fees, costs, and expenses, and Representative Plaintiff's Service Award. The combined total of these amounts equals $242,346.82, leaving a $157,653.18 shortfall from the minimum $400,000 total amount payable under Paragraph 1.15 of the Settlement Agreement (which includes cash payments to Eligible Claimants, notice and settlement administration costs, attorneys' fees, costs, expenses, and Representative Plaintiff's incentive award).

Therefore, pursuant to Paragraph 1.15 of the Settlement Agreement, Apria is in the process of forgiving at least $157,653.18 of the face amount of the remaining aggregate debt owed by Class Members (forgiving oldest debt first) so total payments under this Agreement reach $400,000. Specifically, Apria is writing off those amounts. Johnson Decl. ¶5. Apria anticipates completing that process within the next ninety days, *id.*, and will file a Supplemental Report Verifying Compliance with Settlement Agreement upon completion of that process.

2

SETTLEMENT COMPLIANCE REPORT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 28104707v1 0025959-000028

| | | |
|---|---|---|
| 1 | DATED:  October 13, 2015 | DAVIS WRIGHT TREMAINE LLP |
| 2 | | KENNETH E. PAYSON |
| | | SEAN M. SULLIVAN |
| 3 | | ASHLEY L. WATKINS |
| 5 | | By:   /s/ Kenneth E. Payson |
| 6 | | Kenneth E. Payson |
| 7 | | Attorneys for Defendant |
| | | APRIA HEALTHCARE LLC |

SETTLEMENT COMPLIANCE REPORT

3

DWT 28104707v1 0025959-000028