KENNETH E. PAYSON (*Admitted Pro Hac Vice*)
  kennethpayson@dwt.com
ASHLEY L. WATKINS (*Admitted Pro Hac Vice*)
  ashleywatkins@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Tel:  (206) 622-3150
Fax: (206) 757-7700

SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Tel:  (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant and Counter-Plaintiff
APRIA HEALTHCARE LLC f/k/a
APRIA HEALTHCARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APRIA HEALTHCARE, INC. and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant.<br><br>APRIA HEALTHCARE, INC.<br><br>Counter-Plaintiff<br><br>vs.<br><br>CARRIE COUSER, an individual, on behalf of all others similarly situated<br><br>Counter-Defendants | Case No. **SACV13-00035-JVS (RNBx)**<br>[Assigned to Hon. James V. Selna]<br><br>**APRIA HEALTHCARE LLC'S SUPPLEMENTAL REPORT VERIFYING COMPLIANCE WITH SETTLEMENT AGREEMENT**<br><br>Action filed:  January 9, 2013 |

Pursuant to Paragraph 3.07 of the Settlement Agreement and in follow up to its Report Verifying Compliance with Settlement Agreement [Dkt. 52], Apria Healthcare LLC ("Apria")[1] respectfully submits this Supplemental Report Verifying Compliance with Settlement Agreement.  In support of this Report, Apria contemporaneously submits the Declaration of Brad Johnson ("Johnson Decl.").

## DEBT FORGIVENESS

As discussed in more detail in its Report Verifying Compliance with Settlement Agreement, pursuant to Paragraph 1.15 of the Settlement Agreement, Apria has forgiven at least $157,653.18 of the face amount of the remaining aggregate debt owed by Class Members (forgiving oldest debt first) so total payments under this Agreement reach $400,000.  Specifically, Apria has written off those amounts.  Johnson Decl. ¶2.

DATED:  January 11, 2016

DAVIS WRIGHT TREMAINE LLP
KENNETH E. PAYSON
SEAN M. SULLIVAN
ASHLEY L. WATKINS

By: ___/s/ Kenneth E. Payson___
     Kenneth E. Payson
     Attorneys for Defendant
     APRIA HEALTHCARE LLC

---

[1] As the result of a conversion from a Delaware corporation under Section 18.214 of the Delaware Limited Liability Company Act, Apria Healthcare LLC, a Delaware limited liability company, is the same entity as the Delaware corporation previously called Apria Healthcare, Inc.

SETTLEMENT COMPLIANCE REPORT — 1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 28708862v1 0025959-000028